## McINTIRE v. STATE.
### No. 18708.

Court of Criminal Appeals of Texas.

Jan. 6, 1937.

Chandler & Chandler, of Stephenville, for appellant.

Lloyd W. Davidson, State's Atty. of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, five years in the penitentiary.

The record is here without bills of exceptions or statement of facts. All matters of procedure appear to be regular.

The judgment is affirmed.

MORROW, P. J., absent.